STATE OF NEW JERSEY v. JERRY CARROLL.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES BREIDENBACH.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE ROQUE.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN FREEMAN.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME MOSLEY.

December 6, 1988.

Petition for certification denied.